EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
49 Stevenson Street, Suite 400
San Francisco, CA  94105
Telephone:     (415) 227-9455
Facsimile:      (415) 227-4255
E-Mail:          jtamulski@edptlaw.com
                      edanoff@edptlaw.com

Attorneys for Defendant,
Restricted Appearance,
Champion Shipping AS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN ADMIRALTY

| THOMAS COOK, JASON K. ARNOLD, JACK L. DURHAM, JOHN M. HUNTER, III, LARZ A. STEWART, and ELIZABETH H. ZEIGER,<br><br>Plaintiffs,<br><br>vs.<br><br>CHAMPION SHIPPING AS and CHAMPION TANKERS AS,<br><br>Defendants. | Case No.: 2:09-CV-03605 JAM EFB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER** |
|---|---|

Plaintiffs Thomas Cook, Jason K. Arnold, Jack L. Durham, John M. Hunter, III, Larz A. Stewart, and Elizabeth H. Zeiger ("Plaintiffs") and Defendant Champion Shipping AS ("Defendant"), through their respective attorneys, hereby enter into the following stipulation extending time for Defendant to respond to the complaint.

WHEREAS, Plaintiff filed the instant action against Defendant on December 30, 2009;

WHEREAS, Plaintiff served Defendant with the Complaint on December 31, 2009;

WHEREAS, Defendant's response to the complaint is due on January 21, 2010;

WHEREAS, Defendant's request for an extension to respond to the complaint is the first such request.

///

- 1 -

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER
Case No. 2:09-CV-03605 JAM EFB
C:\Documents and Settings\HVine\Desktop\09cv3605.o.12210.doc

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED THAT:

1. Defendant shall have a 39 day extension to respond to the complaint.
2. Defendant's response to the complaint shall be filed on or before March 1, 2010.

DATED: January 22, 2010　　　MCGUINN HILLSMAN & PALEFSKY

By　　　/s/
　　　JOHN R. HILLSMAN
　　　Attorneys for Plaintiffs

DATED: January 22, 2010　　　EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By　　　/s/
　　　JAMES J. TAMULSKI
　　　Attorneys for Defendant, Champion Shipping AS

**SO ORDERED:**

DATED: January 22, 2010

/s/ John A. Mendez
JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 2 -

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER
Case No. 2:09-CV-03605 JAM EFB
C:\Documents and Settings\HVine\Desktop\09cv3605.o.12210.doc

PDF created with pdfFactory trial version www.pdffactory.com