EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
David R. Boyajian (State Bar #257825)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: jtamulski@edptlaw.com
dboyajian@edptlaw.com

Attorneys for Defendant,
Restricted Appearance,
Champion Shipping AS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN ADMIRALTY

| | |
|---|---|
| THOMAS COOK, JASON K. ARNOLD, JACK L. DURHAM, JOHN M. HUNTER, III, LARZ A. STEWART, and ELIZABETH H. ZEIGER,<br><br>Plaintiffs,<br><br>vs.<br><br>CHAMPION SHIPPING AS and CHAMPION TANKERS AS,<br><br>Defendants. | Case No.: 2:09-CV-03605 JAM EFB<br><br>**STIPULATION TO EXTEND TIME TO FILE THE JOINT STATEMENT REQUIRED BY FED. R. CIV. PRO. 26(F); ORDER** |

Plaintiffs Thomas Cook, Jason K. Arnold, Jack L. Durham, John M. Hunter, III, Larz A. Stewart, and Elizabeth H. Zeiger ("Plaintiffs") and Defendant Champion Shipping AS ("Defendant"), through their respective attorneys, hereby enter into the following stipulation extending time for Defendant to respond to the complaint.

WHEREAS, Plaintiff filed the instant action against Defendant on December 30, 2009;

WHEREAS, Plaintiff served Defendant with the Complaint on December 31, 2009;

WHEREAS, Defendant's response to the complaint is due on March 1, 2010;

- 1 -
**STIPULATION TO EXTEND TIME TO FILE THE JOINT STATEMENT REQUIRED BY FED. R. CIV. PRO.** 26(f)**; [PROPOSED] ORDER**
Case No. 2:09-CV-03605 JAM EFB
C:\Documents and Settings\HVine\Desktop\09cv3605.o.2510.doc

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the joint statement required by Fed. R. Civ. Pro. 26(f) is also due on March 1, 2010.

WHEREAS, the parties' request for an extension to file the joint statement required by Fed. R. Civ. Pro. 26(f) is the first such request.

IT IS HEREBY STIPULATED THAT:

1. Parties shall have a 45 day extension to file the joint statement required by Fed. R. Civ. Pro 26(f) and the joint statement shall be filed on or before April 15, 2010.

DATED: February 3, 2010  MCGUINN HILLSMAN & PALEFSKY

By /s/John R. Hillsman
  JOHN R. HILLSMAN
  Attorneys for Plaintiffs

DATED: February 3, 2010  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By /s/James J. Tamulski
  JAMES J. TAMULSKI
  Attorneys for Defendant, Champion Shipping AS

**SO ORDERED:**

DATED: 02/05/2010

/s/ John A. Mendez
JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

- 2 -
**STIPULATION TO EXTEND TIME TO FILE THE JOINT STATEMENT REQUIRED BY FED. R. CIV. PRO.** 26(f)**; [PROPOSED] ORDER**
Case No. 2:09-CV-03605 JAM EFB
C:\Documents and Settings\HVine\Desktop\09cv3605.o.2510.doc

**EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP**
**49 Stevenson Street**
**Suite 400**
**San Francisco, CA 94105**

PDF created with pdfFactory trial version www.pdffactory.com