1  John R. Hillsman (Cal. Bar No. 71220)
   uroy3@aol.com
2  Derek B. Jacobson (Cal. Bar No. 88417)
   dbj@mhpsf.com
3  McGUINN, HILLSMAN & PALEFSKY
4  535 Pacific Avenue
   San Francisco, CA  94133
5  Telephone:     (415) 421-9292
   Facsimile:      (415) 403-0202
6
7  Wayne Parsons (*pro hac vice*)
   WAYNE PARSONS LAW OFFICES
8  1406 Colburn Street, Suite 201 C
   Honolulu, HI  96817
9  Telephone:     (808) 845-2211
   Facsimile:      (808) 843-0100
10 wparsons@Hawaii.rr.com

11 Attorneys for Plaintiffs

12

13                        UNITED STATES DISTRICT COURT

14                        EASTERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| THOMAS COOK, JASON K. ARNOLD, JACK L. DURHAM, JOHN M. HUNTER, III, LARZ A STEWART, and ELIZABETH H. ZEIGER, | ) Case No. 2:09-cv-03605-FCD-DAD ) ) (Related to case No. 2:09-CV-03603-FCD-DAD) ) |
| Plaintiffs, | ) STIPULATION AND ORDER ) RESCHEDULING HEARING ON |
| v. | ) DEFENDANT'S MOTION TO DISMISS ) THESE RELATED ACTIONS ON THE |
| CHAMPION SHIPPING AS, and CHAMPION TANKERS AS, | ) GROUNDS OF *FORUM NON* ) *CONVENIENS* ) |
| Defendants. | ) Hearing Date: June 25, 2010 ) Time:           10:00 a.m. Courtroom:    2 Before:         Hon. Frank C. Damrell, Jr. |

_____
STIPULATION AND ORDER RESCHEDULING HEAIRNG ON DEFENDANTS' MOTION
TO DISMISS THESE RELATED ACTIONS ON THE GROUNDS OF *FORUM NON CONVENIENS*
1

| | |
|---|---|
| MASAO KINJO and YORI MORI, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CHAMPION SHIPPING AS, and | ) |
| CHAMPION TANKERS AS, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

WHEREAS Defendant CHAMPION SHIPPING A.S.' Motion to Dismiss these Related Actions on the Ground of *Forum Non Conveniens* was originally set for hearing on June 4th, 2010, but was rescheduled by the Court for hearing June 25th, 2010;

AND WHEREAS lead counsel for the Plaintiff, John R. Hillsman, will be unavailable on June 25th, 2010 due to a longstanding, pre-existing calendar conflict;

IT IS STIPULATED AND AGREED AMONG THE PARTIES, BY AND THROUGH THEIR RESPECTIVE UNDERSIGNED ATTORNEYS OF RECORD that the June 25th, 2010 hearing on Defendant's aforesaid Motion may be rescheduled to August 6th, 2010.

Dated:  June 8th, 2010          McGUINN, HILLSMAN & PALEFSKY
                                WAYNE PARSONS LAW OFFICES
                                By:  /s/   JOHN R. HILLSMAN
                                        JOHN R. HILLSMAN

                                Attorneys for Plaintiffs MASAO KINJO, YORI MORI, THOMAS COOK, JASON K. ARNOLD, JACK L. DURHAM, JOHN M. HUNTER, III, LARZ A. STEWART, and ELIZABETH H. ZEIGER

---

STIPULATION AND ORDER RESCHEDULING HEAIRNG ON DEFENDANTS' MOTION
TO DISMISS THESE RELATED ACTIONS ON THE GROUNDS OF *FORUM NON CONVENIENS*

1  Dated:    June 8th , 2010                    EMARD DANOFF PORT TAMULSKI &
                                                PAETZOLD LLP and
2                                               HOLLAND & KNIGHT, LLP

3                                               By:       /s/   John M.  Toriello
4                                                           John M. Toriello

5                                               Attorneys for Defendant
                                                CHAMPION SHIPPING AS and CHAMPION
6                                               TANKERS AS

7

8

9      IT IS SO ORDERED.  Defendant CHAMPION SHIPPING A.S.' Motion to Dismiss

10  these Related Cases on the Ground of *Forum Non Conveniens* shall be heard in Courtroom 2 at

11  10:00 a.m. on August 6, 2010.

12

13  Dated:  June 8, 2010                        _____
14                                              FRANK C. DAMRELL, JR.
                                                UNITED STATES DISTRICT JUDGE
15

---

STIPULATION AND ORDER RESCHEDULING HEAIRNG ON DEFENDANTS' MOTION
TO DISMISS THESE RELATED ACTIONS ON THE GROUNDS OF *FORUM NON CONVENIENS*
3